# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-cr-55 |
| | ) | Chief Judge Haynes |
| | ) | |
| ALBERT FRANKLIN, JR. | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

In accordance with the Memorandum filed herewith, Defendant's motion to dismiss the

Indictment (Docket Entry No. 126) is **DENIED**.

It is so **ORDERED**.

ENTERED this the _1st_ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court