## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

UNITED STATES OF AMERICA          )
                                  )
v.                                )          Case No. 3:10-cr-00055-1
                                  )          Chief Judge Haynes
ALBERT FRANKLIN, JR.              )

## O R D E R

In accordance with the jury verdict, the Defendant was found guilty as to Counts 1, 2, and

3. A sentencing hearing will be set by separate Order.

It is so **ORDERED**.

**ENTERED** this the _28_ day of August, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court