UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00055 |
| | ) | JUDGE HAYNES |
| ALBERT FRANKLIN | ) | |

*ORDER*

*This motion is granted.*

*11-21-13*

## MOTION FOR CONTINUE THE SENTENCING HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests a continuance of the sentencing hearing in the above case.

In support of this motion, the undersigned submits that the U.S. Probation Office is still in the process of gathering all the necessary documents for the defendant's criminal history and needs additional time to complete that process. Therefore, the undersigned requests a continuance of the sentencing hearing to ensure that the probation office has adequate time to complete its preparation of the Presentence Investigation Report. The government further submits that both sides are available on January 10, 2014 or a time shortly thereafter.

Respectfully submitted,

DAVID RIVERA
United States Attorney for the
Middle District of Tennessee

*s/ Philip H. Wehby*
PHILIP H. WEHBY
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151

Case 3:10-cr-00055 Document 177 Filed 11/20/13 Page 1 of 2 PageID #: 502