UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:10-00055 |
| | ) | JUDGE CAMPBELL |
| ALBERT FRANKLIN, JR. | ) | |

## ORDER

Pending before the Court is a Motion to Continue Hearing (Docket No. 245) and an Amended Motion to Continue Hearing (Docket No. 246). The Motions are GRANTED. The sentencing hearing currently scheduled for August 8, 2016, is RESCHEDULED for November 4, 2016, at 1:00 p.m.

The Defendant shall attend all Court hearings in this case.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE